UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-01053-CDB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

　　　　Plaintiff Joshua Forster, a civil detainee, is appearing pro se in this civil rights action.

　　　　Following reassignment to the undersigned on October 6, 2025 (*see* Doc. 5) and a review of the docket for this action, presently before the Court is Plaintiff's application to proceed *in forma pauperis*. (Doc. 2.) Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action.

　　　　Accordingly, Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**. IT IS SO ORDERED.

Dated: __December 2, 2025__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE