**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA FORSTER,<br>Plaintiff,<br>v.<br>STEPHANIE CLENDENIN, et al.,<br>Defendants. | Case No.: 1:25-cv-01053 JLT CDB (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANTS' MOTION TO DISMISS<br>(Docs. 12, 28) |

Joshua Forster, a civil detainee, seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. (*See generally* Doc. 1.) Defendants moved to dismiss the complaint under Rule 12(b)(1) of the Federal Rules of Civil Procedure, asserting that Plaintiff did not suffer any injury in fact and lacks standing. Defendants also moved for dismissal under Rule 12(b)(6), arguing that Plaintiff failed to state a cognizable claim. (Doc. 12.) Plaintiff opposed the motion. (Doc. 13.)

The magistrate judge found the facts alleged supported the conclusion that Plaintiff had a legally protected interest, sufficient to establish standing. (Doc. 28 at 10-11.) The magistrate judge also rejected Defendants' argument that any injury was speculative. (*Id.* at 11-12.) In addition, the magistrate judge found the facts alleged were sufficient to state claims against the named defendants. (*Id.* at 13-18.) Therefore, the magistrate judge recommended the Court deny the motion to dismiss. (*Id.* at 18.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 28 at 18.) The Court advised them that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither Plaintiff nor Defendants filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 21, 2026 (Doc. 28) are **ADOPTED** in full.
2. Defendants' motion to dismiss (Doc. 12) is **DENIED**.
3. This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: November 2, 2026

UNITED STATES DISTRICT JUDGE