UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSHUA FORSTER,

Plaintiff,

v.

STEPHANIE CLENDENIN, et al.,

Defendants.

Case No.: 1:25-cv-01053-JLT-CDB (PC)

**ORDER DIRECTING DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

Deadline – Nov. 16, 2026

Plaintiff Joshua Forster, a civil detainee, appears pro se and *in forma pauperis* in this civil rights action.

On November 2, 2026, District Judge Jennifer L. Thurston issued her Order Adopting Findings and Recommendations, Denying Defendants' Motion to Dismiss. (*See* Doc. 29.)

Accordingly, the Court **HEREBY ORDERS** that Defendants **SHALL** file an answer to Plaintiff's complaint no later than November 16, 2026. *See* Fed. R. Civ. P. 12(a)(4)(A).

IT IS SO ORDERED.

Dated: **November 3, 2026**

UNITED STATES MAGISTRATE JUDGE