UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORSTER,<br>Plaintiff,<br>v.<br>STEPHANIE CLENDENIN, et al.,<br>Defendants. | Case No.: 1:25-cv-01053-JLT-CDB (PC)<br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**<br>(Doc. 31) |

Plaintiff Joshua Forster, a civil detainee, appears pro se and *in forma pauperis* in this civil rights action.

On November 3, 2026, the Court issued an order directing Defendants to file an answer to the complaint no later than November 16, 2026. (Doc. 30.) On November 13, 2026, Defendants filed a request for an extension to December 16, 2026, within which to file their answer. (Doc. 31.)

Specifically, Defendants seek the 30-day extension due to the "large number of detailed, fact-specific allegations" in Plaintiff's 27-page complaint regarding the Department of State Hospital-Coalinga's use of penile plethysmograph and polygraph tests in its Sex Offender Treatment Program, as well as defense counsel's competing obligations. As to the latter, defense counsel declares he recently prepared an opposition to a motion for preliminary injunction, filed November 10, 2026, in another matter pending before the Sacramento division of this Court and

is currently preparing a respondent's brief in a matter pending before the California Court of Appeal for the Second Appellate District due on December 9, 2026. Counsel declares the additional time sought is not made for the purpose of harassment, undue delay, or for any improper purpose. (Doc. 31.)

District courts have broad discretion to control the course of litigation under Rule 16 of the Federal Rules of Civil Procedure. *Hunt v. County of Orange*, 672 F.3d 606, 616 (9th Cir. 2012). Additionally, the district court has broad discretion to control its docket, including ruling on requests for extensions of time. *See Williams v. Kalisher*, 718 F. App'x 561 (9th Cir. 2018) (citing *FTC v. Gill*, 265 F.3d 944, 957 (9th Cir. 2001)).

Here, given the above, the Court finds that good cause exists to grant the requested extension of time.

Accordingly, the Court **HEREBY ORDERS** that:

1. Defendants' request for a 30-day extension of time within which to file an answer to Plaintiff's complaint (Doc. 30) is **GRANTED**; and
2. Defendants **SHALL** file an answer to the complaint **no later than December 16, 2026**.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE